UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

In re:                                          No. Misc. S-05-51 LKK
                                                Bankr. No. 05-21622-C-7
    FRANCISCA SILVA ESCAMILLA,

        Debtor.                                 <u>O R D E R</u>
_____/

   The court is in receipt of proposed creditor Vanessa Viliborghi's application for leave to file an adversarial proceeding in bankruptcy case 05-21622, filed in the U.S. Bankruptcy Court for the Eastern District of California, without payment of cost or fees.  Viliborghi's application cannot be granted because it fails to set forth the information required by 28 U.S.C. § 1915(a).

   Accordingly, the court hereby ORDERS as follows:

   1.  The Clerk is directed to mail an in forma pauperis application.

////

////

1

1    2.   Viliborghi may complete the in forma pauperis
2 application and refile her request no later than ten (10) days
3 from the date of this order.
4    IT IS SO ORDERED.
5    DATED:  May 18, 2005.

                                /s/Lawrence K. Karlton
                                LAWRENCE K. KARLTON
                                SENIOR JUDGE
                                UNITED STATES DISTRICT COURT