UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

In re:                                    No. Misc. S-05-51 LKK
                                          Bankr. No. 05-21622-C-7
    FRANCISCA SILVA ESCAMILLA,

        Debtor.                         <u>O R D E R</u>
_____/

    The court is in receipt of proposed creditor Vanessa Viliborghi's amended application for leave to file an adversarial proceeding in bankruptcy case 05-21622, filed in the U.S. Bankruptcy Court for the Eastern District of California, without payment of cost or fees.  Pursuant to the provisions of 28 U.S.C. § 1915(a), her request is granted.

    Accordingly, the court hereby ORDERS as follows:

    1.   Vanessa Viliborghi's request for leave to file an adversarial proceeding without prepayment of fees is GRANTED.

////

////

////

1

1     2.   The Clerk is directed to serve a copy of this order on
2  the U.S. Bankruptcy Court.
3     IT IS SO ORDERED.
4     DATED:  June 6, 2005.
5                               /s/Lawrence K. Karlton
                                LAWRENCE K. KARLTON
6                               SENIOR JUDGE
                                UNITED STATES DISTRICT COURT
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26